# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:11-cr-311-GMN-VCF |
| vs. | |
| DARREN LEE DILLINGHAM, | **ORDER** |
| Defendant. | |

The Court, having reviewed the pleadings of counsel and, on March 13, 2012, having conducted a hearing in relation to Defendant's "Motion to Compel Marshals to Produce All Evidence and Reports Pertaining to Use of Force Incident" filed by Darren Lee Dillingham [Docket #32],

**IT IS HEREBY ORDERED THAT:**

CCA shall produce forthwith to Assistant United States Attorney Bradley W. Giles, any and all reports, communications and findings in relation a December 23, 2011 use of force incident involving Defendant Darren Lee Dillingham at a CCA facility in Pahrump, Nevada. Records to be produced include all written and electronically stored reports and communications (to include e-mail communications) as well as any video and/or audio recordings related to that event.

1     IT IS FURTHER ORDERED that upon receiving the documentation from CCA, AUSA Giles shall produce those documents to this Court for an in-camera review. Following that review, materials pertinent to the above-captioned criminal case will be made available to counsel.

    IT IS FURTHER ORDERED that any and all materials released by the Court following the in camera review shall be used only for purposes related to the above-captioned criminal matter.

Dated this 16th day of March, 2012.

_____
United States Magistrate Judge